1074

No. 93–8201.  WILSON v. LANHAM ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–8213.  MOORE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 93–8214.  MANGRUM v. MANGHAN ET AL.  C. A. 11th Cir. Certiorari denied.

No. 93–8215.  RICHARDS v. BARTLETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 93–8219.  SHANZ v. GROOSE, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–8220.  DUVALL v. ADMINISTRATOR, EASTERN PENNSYLVANIA PSYCHIATRIC INSTITUTE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–8222.  COPELAND v. LOMEN ET AL.  C. A. 4th Cir. Certiorari denied.

No. 93–8223.  HANDO v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 10th Cir.  Certiorari denied.

No. 93–8225.  HILLBURN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8227.  BARDSON v. CROSS.  Sup. Ct. Nev.  Certiorari denied.

No. 93–8228.  BREEST v. BRODEUR, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS.  C. A. 1st Cir.  Certiorari denied.

No. 93–8246.  BUCHANAN v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 93–8247.  LOGAN v. HONOLULU POLICE DEPARTMENT. C. A. 3d Cir.  Certiorari denied.

No. 93–8249.  TOOZE v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.